1024

No. 89–755. HARNESS *v.* HARTZ MOUNTAIN CORP. C. A. 6th Cir. Certiorari denied.

No. 89–762. NENEMAN *v.* TASSIN; and
No. 89–776. NENEMAN *v.* DURANT, ADMINISTRATRIX OF THE ESTATE OF DURANT, ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 884 F. 2d 1350.

No. 89–766. SLAUGHTER *v.* AT&T INFORMATION SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.

No. 89–768. MATHES, AKA MATHEWS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–769. TEXAS APPAREL CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–770. SMEC, INC. *v.* DATASCOPE, INC. C. A. Fed. Cir. Certiorari denied.

No. 89–772. HOANG *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–774. MCCARTY *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 89–788. VENUS INDEPENDENT SCHOOL DISTRICT ET AL. *v.* SHELLY C., BY NEXT FRIENDS, SHELBIE C. ET UX. C. A. 5th Cir. Certiorari denied.

No. 89–790. EIMANN ET AL. *v.* SOLDIER OF FORTUNE MAGAZINE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–792. OLYMPIA BREWING CO. *v.* SINGER, SUCCESSOR IN INTEREST TO TROSTER, SINGER & CO. C. A. 2d Cir. Certiorari denied.

No. 89–795. WEST *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–806. SPARKS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.